UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STAR REEFERS POOL INC., <br>     Plaintiff, <br><br> v. <br><br> A Cargo of NINETY-SIX (96) REEFER CONTAINERS, their equipment, appurtenances, etc., *in rem*, and KALISTAD LIMITED, JFC GROUP CO., LTD., WHILM MANAGEMENT LIMITED and BONANZA FRUIT CO., S.A. CORPBONANZA, *in personam,* <br>     Defendants. | CASE NO.: _____ |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 7.3, and to enable the District judges and Magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Star Reefers Pool Inc. (a private nongovernmental party) certify that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

1. STAR Reefers Inc.

                                                              Respectfully submitted,

                                                              Plaintiff, Star Reefers Pool Inc.

                                                              /s/ Joseph A. Regan
                                                             Joseph A. Regan (BBO #543504)
                                                             Regan & Kiely, LLP
                                                             88 Black Falcon Ave., Suite 330
                                                            Boston, MA 02210
                                                           (617) 723-0901
                                                           jar@regankiely.com
                                                           jdb@regankiely.com

       and

       John R. Keough, III (NY Bar No. JK6013)
       Waesche, Sheinbaum & O'Regan, P.C.
       111 Broadway, 4th Floor
       New York, NY 10006
       (212) 227-3550
       j.keough@waeschelaw.com