UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
STAR REEFERS POOL INC.,

                      Plaintiff,

-against-

A Cargo of NINETY-SIX (96) REEFER CONTAINERS, their equipment, appurtenances, etc., *in rem*, and KALISTAD LIMITED, JFC GROUP CO. LTD., WHILM MANAGEMENT LIMITED and BONANZA FRUIT CO. S.A. CORPBONANZA, *in personam*,

                      Defendants.
------------------------------------------------------------X

CASE NO. 1:11 CV 10136

**ORDER STATING THAT THE CONDITIONS FOR AN ACTION *IN REM* APPEAR TO EXIST AND AUTHORIZING THE CLERK TO ISSUE A WARRANT FOR ARREST OF DEFENDANT CARGO OF NINETY-SIX (96) REEFER CONTAINERS AND APPOINTING CUSTODIAN THEREOF**

The plaintiff, Star Reefers Pool Inc., through its attorneys, Regan & Kiely, LLP., having moved, pursuant to Rules C and E of the Supplemental Rules for Certain Admiralty and Maritime Claims, for an *ex parte* order: (i) stating that the conditions for an action *in rem* appear to exist; (ii) authorizing the Clerk to issue a warrant for the arrest of the defendant Cargo of Ninety-Six (96) Reefer Containers at Maritime Terminal, Inc., 276 Macarthur Drive, New Bedford, MA 02740 ("Cargo"); and (iii) appointing a substitute custodian for the defendant Cargo, and the motion having been heard on the 25th day of January, 2011;

NOW, on reading the Verified Complaint dated January 25, 2011, the Affidavit of John R. Keough, III, sworn to on January 25, 2011, in support of the motion, and it appearing from these papers that:

    1.    On January 25, 2011, the verified complaint herein was filed praying that the Cargo, their equipment and all other necessaries thereto appertaining and belonging, be condemned

of said substituted possession and safekeeping.

IT IS FURTHER ORDERED that Maritime Terminal, Inc. is hereby appointed the substitute custodian of the defendant Cargo to retain the same in its custody for possession and safekeeping for the aforementioned compensation until further order of this Court.

IT IS FURTHER ORDERED that any person claiming an interest in the property arrested pursuant to said order shall, upon application to the Court be entitled to a prompt hearing at which the plaintiff shall be required to show why the arrest should not be vacated or other relief granted.

IT IS FURTHER ORDERED that a copy of this Order be attached to and served with the said warrant of maritime arrest.

IT IS FURTHER ORDERED that the plaintiff's attorneys cause a copy of this Order to be served on the corporate owners and/or lessees of defendant Cargo by mailing it, by registered or certified mail, to a director of the defendant corporations at their current or last known addresses.

Dated:     Boston, Massachusetts
           __/ 26 /11_____, 2011

_____
UNITED STATES DISTRICT JUDGE

3