UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**IN REM WARRANT OF ARREST**     CIVIL ACTION
                                 NO. 1:11 CV 10136

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or his deputies:

GREETINGS

WHEREAS a complaint has been filed in this court entitled:

> STAR REEFERS POOL INC.,
> _____
>                    Plaintiff
>
> V.
>
> A Cargo of NINETY-SIX (96) REEFER
> CONTAINERS, their equipment, appurtenances, etc.,
> *in rem*, and KALISTAD LIMITED, JFC GROUP CO.
> LTD., WHILM MANAGEMENT LIMITED and
> BONANZA FRUIT CO. S.A. CORPBONANZA,
> *in personam*,
> _____
>                    Defendants.

on the 25th day of January, 2011, upon an Admiralty and Maritime claim praying that process issue for the arrest of the vessel or other property that is subject of this action; YOU ARE THEREFORE COMMANDED to attach the said defendant Cargo of Ninety-Six (96) Reefer Containers now located at Maritime Terminal, Inc., 276 Macarthur Drive, New Bedford, MA 02740 in this District and to detain the same in your custody until further order of the Court respecting same.

Dated this 26th day of January 2011.

SARAH A. THORNTON
CLERK OF COURT

By: _____
    Deputy Clerk

NOTE:   The claimant of the property seized shall file his claim within 10 days after the Warrant has been executed, and shall serve his answer within 20 days after filing of the claim.

(Warrant In Rem wod - 3/7/2005)