UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STAR REEFERS POOL INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:11-cv-10136 |
| v. | ) | |
| | ) | |
| A Cargo of NINETY-SIX (96) REEFER CONTAINERS, their equipment, Appurtenances, etc., *in rem* and KALISTAD LIMITED, JFC GROUP CO., LTD., WHILM MANAGEMENT LIMITED and BONANZA FRUIT CO. S.A. CORPBONANZA, *in personam* | ) ) ) ) ) ) ) ) | **NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)** |
| Defendants. | ) | |

**COMES NOW**, Defendant, WHILM MANAGEMENT LIMITED, and *in rem* Defendant, A Cargo of NINETY-SIX (96) REEFER CONTAINERS, their equipment, appurtenances, etc., by and through undersigned counsel, who hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E (8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for the sole purpose of seeking an Order to Show Cause against Plaintiff, STAR REEFERS POOL INC., why an Order should not be issued vacating the Order Stating the Conditions for an Action In Rem Appear to Exist and Authorizing the Clerk to Issue a Warrant for Arrest of Defendant Cargo of Ninety-Six (96) Reefer Containers and Appointing Custodian Thereof (Docket No. 6), the Order Directing Process of Maritime Attachment and Garnishment (Docket No. 9), and the Order Appointing Special Process Server (Docket No. 10), dismissing the action, awarding attorneys' fees, and for such additional relief to be determined by the Court.

Dated: Providence, Rhode Island
January 27, 2011

                        Respectfully submitted,
                        **PARTRIDGE SNOW & HAHN LLP**
                        Attorneys for Defendant
                        *Whilm Management Limited*

By:    /s/ Samuel P. Blatchley_____
        Samuel Blatchley, Esq. (BBO No. 670232)
        180 South Main Street
        Providence, Rhode Island 02903
        Tel: (401) 861-8200
        Fax: (401) 861-8210
        Email: spb@psh.com

## CERTIFICATE OF SERVICE

I, Samuel P. Blatchley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 27, 2011.

                        /s/ Samuel P. Blatchley
                        Samuel P. Blatchley