UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
STAR REEFERS POOL INC.,

                        Plaintiff,

                                                                      CASE NO. 1:11-cv-10136 (GAO)

       -against-

A Cargo of NINETY-SIX (96) REEFER
CONTAINERS, their equipment, appurtenances,
etc., *in rem*, and KALISTAD LIMITED, JFC
GROUP CO. LTD., WHILM MANAGEMENT
LIMITED and BONANZA FRUIT CO. S.A.
CORPBONANZA, *in personam*,

                        Defendants.
---------------------------------------------------------------X

## PLAINTIFF STAR REEFERS POOL INC.'S MOTION FOR LEAVE TO FILE DECLARATION OF JOHN R. KEOUGH, III IN SUPPLEMENTAL OPPOSITION TO MOTION BY DEFENDANT WHILM MANAGEMENT LIMITED TO VACATE ARREST AND ATTACHMENT [DOCKET NO. 113]

Plaintiff, STAR Reefers Pool Inc. ("STAR Reefers"), by its undersigned attorneys, respectfully moves the Court for leave to submit the Declaration of John R. Keough, III, dated February 23, 2011 ("Keough Declaration"), attached hereto as Exhibit A, along with the exhibits attached thereto, in further opposition to the motion by defendant Whilm Management Limited ("Whilm") to vacate the Court's Orders dated January 26, 2011 [Docket Nos. 8-9] for arrest and attachment of the cargo of ninety-six (96) reefer containers described in Schedule A of the verified complaint ("Cargo") and in further support of the claims by STAR Reefers against Kalistad Limited ("Kalistad"),

1

JFC Group Co. Ltd. ("JFC Group"), Whilm, and Bonanza Fruit Co. S.A. CORPBONANZA ("Bonanza"), and in support thereof shows as follows:

1. The attached Keough Declaration identifies as exhibits certified copies of filings by JFC Group Holdings (BVI) Ltd., Kalistad and Whilm that plaintiff's counsel obtained from the State of New York's Department of State since the hearing in this Court on February 7, 2011.

2. Counsel in this case for Whilm, Chalos & Co., filed all the documents and therefore is familiar with them.

3. The exhibits introduced by the Keough Declaration further support the showing by plaintiff, in opposition to Whilm's motion to vacate the orders of this Court dated January 26, 2011, that Whilm is closely associated with Kalistad and JFC Group. The exhibits refute the allegations by Whilm and its counsel that Whilm has no connection with Kalistad or the subject charter parties. Moreover, the exhibits supplement the record demonstrating that Whilm's contentions on the motion to vacate lack credibility.

4. As the attached Declaration and exhibits complete the record and will aid the Court's understanding of the relevant facts on the motion, plaintiff respectfully moves the Court for an order granting leave to file such documents.

5. The exhibits also underscore the need for security since Kalistad and JFC Group are withdrawing their presence in the United States with the aid of their common counsel, also Whilm's counsel, in an attempt to render ineffective or at least to make more difficult the enforcement of any arbitral award or judgment thereon.

WHERFORE, plaintiff respectfully requests that the Court grant plaintiff leave to file the attached Declaration, and for all proper and just relief in the premises. (A Proposed Order is included herewith).

Dated: Boston, Massachusetts
February 23, 2011

Respectfully submitted,

For the Plaintiff, STAR Reefers Pool Inc.,
By its attorneys,


/s/ Joseph A. Regan
Joseph A. Regan, Esquire (BBO #543504)
John D. Blaisdell, Esquire (BBO) #652423)
88 Black Falcon Avenue, Suite 330
Boston, MA 02210
(617)723-0901 (phone)
(617)723-0977 (fax)
jar@regankiely.com
jdb@regankiely.com

and

/s/ John R. Keough, III
John R. Keough, III, Esquire (SDNY Bar No.: JK6013)
Waesche, Sheinbaum & O'Regan, P.C.
111 Broadway, 4th Floor
New York, NY 10006
(212) 227-3550
j.keough@waeschelaw.com

## **CERTIFICATE OF SERVICE**

I, John R. Keough, III, hereby certify that the attached document, filed through the ECF system, will be sent electronically to all registered participants as identified on the Notice of Electric Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on February 23, 2011.

                                          /s/John R. Keough, III