UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STAR REEFERS POOL INC., | ) | |
| | ) | |
|     *Plaintiff*, | ) | Civil Action No. 1:11-cv-10136 |
| | ) | |
|   - against - | ) | |
| | ) | |
| A Cargo of NINETY-SIX (96) REEFER CONTAINERS, their equipment, appurtenances, etc., *in rem*, and KALISTAD LIMITED, JFC GROUP CO. LTD., WHILM MANAGEMENT LIMITED and BONANZA FRUIT CO. SA. CORPBONANZA, *in personam*, | ) | |
| | ) | |
|     *Defendants.* | ) | |

**DEFENDANT WHILM MANAGEMENT LIMITED'S MOTION FOR RECONSIDERATION OF YOUR HONOR'S DENIAL OF ITS MOTION TO VACATE THE ATTACHMENT AND/OR ITS REQUEST TO <u>CERTIFY MATTER FOR FIRST CIRCUIT REVIEW</u>**

**PARTRIDGE SNOW & HAHN LLP**
180 South Main Street
Providence, Rhode Island 02903
Tel: (401) 861-8200
Fax: (401) 861-8210
Email: spb@psh.com

Attorneys for Defendant

WHILM MANAGEMENT LIMITED

**COMES NOW,** Defendant, WHILM MANAGEMENT LIMITED (hereinafter "Whilm" or "Defendant"), by and through undersigned counsel, who respectfully submits this motion for reconsideration pursuant to FED R. CIV. P. 59(e), and for the reasons more fully set forth in its attached memorandum of law, asks this Honorable Court to reconsider its prior denial of Defendant's motion to vacate, or in the alternative, to certify the matter for interlocutory First Circuit review in accordance with 28 U.S.C. 1292(b).

WHEREFORE, based upon this motion for reconsideration, together with the accompanying Memorandum of Law, WHILM MANAGEMENT LIMITED respectfully moves this Honorable Court to reconsider its prior denial of its request to vacate the Order of Attachment and issue an order granting same, or in the alternative, certify the matter for interlocutory appeal pursuant to 28 U.S.C. 1292(b), as the matter involves controlling questions of law as to which there is substantial ground for difference of opinion and an immediate appeal from the Order will materially advance the ultimate termination of the litigation.

Dated: Providence, RI
      June 28, 2011

Respectfully Submitted,

**PARTRIDGE SNOW & HAHN LLP**
*Attorneys for Defendant*
WHILM MANAGEMENT LIMITED

By: /s/ Samuel P. Blatchley_____
Samuel P. Blatchley (BBO No. 670232)
180 South Main Street
Providence, Rhode Island 02903
Tel: (401) 861-8200
Fax: (401) 861-8210
E-mail: spb@psh.com

CHALOS & CO, P.C.
*Attorneys for Defendant*
WHILM MANAGEMENT LIMITED

By: /s/ George M. Chalos
George M. Chalos (Pro hac vice)
123 South Street
Oyster Bay, New York 11771
Tel: (516) 714-4300
Fax: (516) 750-9051
E-mail: gmc@chaloslaw.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    I hereby certify pursuant to LR 7.1(A)(2), that counsel for defendant, WHILM MANAGEMENT LIMITED, conferred with counsel for plaintiff and have attempted in good faith to resolve or narrow the issue.

/s/ Samuel P. Blatchley
Samuel P. Blatchley

## CERTIFICATE OF SERVICE

    I, Samuel P. Blatchley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 28, 2011.

/s/Samuel P. Blatchley
Samuel P. Blatchley