EXHIBIT E



GE SeaCo Services Ltd.

| | | |
|---|---|---|
| Billing Address: | Customer: | 101242 |
| WHILM MANAGEMENT LIMITED | | |
| PO BOX 146VG | | |
| TRIDENT CHAMBERS | Payment: | 30 Days from Invoice Date |

In accordance with the terms of our lease contracts we herewith invoice you as per the attachment.

| Type | Pick Up Acty | Drop Off Acty | Curr. On Hire | Days | Rate | Rental | Handl. Out | Handl. In | Pick Up | Drop Off | SCR | Other | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RW4EF | 0 | 0 | | 868 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RW4CK | 0 | 0 | | 12,741 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R2CK | 0 | 0 | | 248 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RW4CK | 0 | 0 | | 3,100 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RW4C-PL | 0 | 0 | | 4,495 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RW4CK | 0 | 0 | | 1,519 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RW4C-PL | 0 | 0 | | 1,550 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RW4CJ | 0 | 0 | | 1,054 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RW4CH | 0 | 0 | | 4,650 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RW4CK | 0 | 0 | | 1,550 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RW4C-PL | 0 | 0 | | 93 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RW4C-PL | 0 | 0 | | 9,176 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RW4CK | 0 | 0 | | 1,395 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Invoice No | Reference Number | Type | Equipment | Pick Up Activity Date | Pick Up Activity Location | Drop Off Activity Date | Drop Off Activity Location | From | Thru | Charge | Lease No | PO Number | Days | RateUSD | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8106806 | 10406494 | RW4EF | GESU9313084 | Nov 02 06 | CN-ZXQ | | | Oct 01 11 | Oct 31 11 | RENTAL | 21196 | | 31 | | | |
| 8106806 | 10406494 | RW4EF | GESU9313232 | Nov 02 06 | CN-ZXQ | | | Oct 01 11 | Oct 31 11 | RENTAL | 21196 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9381480 | Dec 19 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9382059 | Dec 24 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9390305 | Dec 31 07 | CN-ZXQ | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9390516 | Nov 29 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9391066 | Dec 31 07 | CN-ZXQ | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9391359 | Dec 31 07 | CN-ZXQ | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9391723 | Dec 31 07 | CN-ZXQ | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9391750 | Dec 31 07 | CN-ZXQ | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9391786 | Dec 31 07 | CN-ZXQ | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9392870 | Nov 29 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9393006 | Nov 29 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9393011 | Dec 31 07 | CN-ZXQ | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9393454 | Dec 31 07 | CN-ZXQ | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9395781 | Dec 18 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9396751 | Dec 18 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9397017 | Dec 03 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9397070 | Nov 30 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9397383 | Nov 28 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9397465 | Dec 17 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9398121 | Nov 29 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9398538 | Dec 03 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |

| Invoice No | Reference Number | Type | Equipment | Pick Up Activity Date | Pick Up Activity Location | Drop Off Activity Date | Drop Off Activity Location | From | Thru | Charge | Lease No | PO Number | Days | RateUSD | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8106807 | 10407586 | RW4CK | GESU9398559 | Nov 28 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9398646 | Dec 04 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9398836 | Dec 18 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9399175 | Dec 03 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9399370 | Nov 29 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9411028 | Dec 03 07 | NL-QQQ | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9411060 | Dec 17 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9411434 | Dec 17 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9411645 | Dec 03 07 | NL-QQQ | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9411692 | Dec 03 07 | NL-QQQ | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9411732 | Dec 03 07 | NL-QQQ | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9411769 | Dec 17 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9411795 | Dec 17 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9411898 | Dec 17 07 | NL-RTM | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9420009 | Mar 28 08 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407586 | RW4CK | GESU9421160 | Mar 28 08 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106809 | 10407588 | RW4CK | GESU9426183 | Aug 22 08 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 103150 | | 31 | | | |
| 8106809 | 10407588 | RW4CK | GESU9431657 | Aug 22 08 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 103150 | | 31 | | | |
| 8106809 | 10407588 | RW4CK | GESU9444130 | Sep 25 08 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 103150 | | 31 | | | |
| 8106810 | 10407589 | RW4C-PL | GESU9476950 | Nov 24 08 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 103900 | | 31 | | | |
| 8106810 | 10407589 | RW4C-PL | GESU9476965 | Nov 25 08 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 103900 | | 31 | | | |
| 8106810 | 10407589 | RW4C-PL | GESU9477405 | Nov 25 08 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 103900 | | 31 | | | |
| 8106810 | 10407589 | RW4C-PL | GESU9477597 | Nov 25 08 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 103900 | | 31 | | | |
| 8106810 | 10407589 | RW4C-PL | GESU9491424 | Nov 26 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 103900 | | 31 | | | |
| 8106810 | 10407589 | RW4C-PL | GESU9491580 | Nov 26 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 103900 | | 31 | | | |
| 8106810 | 10407589 | RW4C-PL | GESU9491872 | Nov 26 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 103900 | | 31 | | | |
| 8106811 | 10407590 | RW4CK | GESU9474005 | Nov 27 08 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 104420 | | 31 | | | |
| 8106811 | 10407590 | RW4CK | GESU9474026 | Dec 03 08 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 104420 | | 31 | | | |
| 8106811 | 10407590 | RW4CK | GESU9474880 | Nov 28 08 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 104420 | | 31 | | | |
| 8106811 | 10407590 | RW4CK | GESU9475824 | Nov 26 08 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 104420 | | 31 | | | |
| 8106812 | 10407591 | RW4C-PL | GESU9491954 | Mar 01 09 | DE-HAM | | | Aug 01 11 | Aug 31 11 | RENTAL | 104596 | | 31 | | | |
| 8106812 | 10407591 | RW4C-PL | GESU9492246 | Mar 01 09 | DE-HAM | | | Aug 01 11 | Aug 31 11 | RENTAL | 104596 | | 31 | | | |
| 8106812 | 10407591 | RW4C-PL | GESU9492400 | Mar 01 09 | DE-HAM | | | Aug 01 11 | Aug 31 11 | RENTAL | 104596 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9019043 | Nov 26 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9027624 | Oct 02 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9045295 | Nov 30 09 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9048550 | Oct 02 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9071247 | Nov 04 09 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9089328 | Nov 25 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9090653 | Nov 25 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9091177 | Nov 24 09 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9110024 | Nov 25 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9110111 | Nov 30 09 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9110765 | Nov 27 09 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9127140 | Nov 26 09 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9145057 | Nov 25 09 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9146900 | Nov 23 09 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9146984 | Nov 04 09 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9156853 | Nov 23 09 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9187793 | Nov 24 09 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9215299 | Nov 30 09 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CH | GESU9225701 | Nov 23 09 | CR-LIO | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |

| Invoice No | Reference Number | Type | Equipment | Pick Up Activity Date | Pick Up Activity Location | Drop Off Activity Date | Drop Off Activity Location | From | Thru | Charge | Lease No | PO Number | Days | RateUSD | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8106813 | 10407592 | RW4CJ | GESU9257289 | Nov 25 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CJ | GESU9276680 | Nov 26 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CJ | GESU9277080 | Aug 29 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106813 | 10407592 | RW4CJ | GESU9277264 | Oct 02 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106083 | | 31 | | | |
| 8106814 | 10407593 | RW4CK | GESU9421601 | Nov 24 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106410 | | 31 | | | |
| 8106814 | 10407593 | RW4CK | GESU9421957 | Nov 24 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106410 | | 31 | | | |
| 8106814 | 10407593 | RW4CK | GESU9423435 | Nov 24 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106410 | | 31 | | | |
| 8106815 | 10407597 | RW4C-PL | GESU9525186 | Jan 21 10 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106166 | | 31 | | | |
| 8106815 | 10407597 | RW4C-PL | GESU9526726 | Jan 29 10 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106166 | | 31 | | | |
| 8106815 | 10407597 | RW4C-PL | GESU9527487 | Jan 18 10 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106166 | | 31 | | | |
| 8106815 | 10407597 | RW4C-PL | GESU9527722 | Jan 20 10 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106166 | | 31 | | | |
| 8106815 | 10407597 | RW4C-PL | GESU9527764 | Jan 19 10 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106166 | | 31 | | | |
| 8106815 | 10407597 | RW4C-PL | GESU9527804 | Jan 29 10 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 106166 | | 31 | | | |
| 8106807 | 10407598 | RW4CK | GESU9437059 | Mar 01 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407598 | RW4CK | GESU9437090 | Mar 01 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |
| 8106807 | 10407598 | RW4CK | GESU9438986 | Mar 01 09 | EC-GYE | | | Aug 01 11 | Aug 31 11 | RENTAL | 101799 | | 31 | | | |



# GE SeaCo Services Ltd.

WHILM MANAGEMENT LIMITED  
TRIDENT CHAMBERS  
PO BOX 146 ROAD TOWN  
BRITISH VIRGIN ISLANDS

Date : 31.08.2011  
Customer : 101242  
Invoice No. : 8106807  
Customer Tax Reference:  
Lessor Tax Reference : GB713981915

In accordance with the terms of our lease contracts we herewith invoice you as per the attachment.

| Summary Charges - Lease Number : 101799 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | Pick Up Acty | Drop Off Acty | Curr. On Hire | Days | Avg. Rate | Rental | Handl. Out | Handle. In | Pick Up | Drop Off | SCR | Other | Tax | Total |
| RW4CK | 0 | 0 | ■ | 14,136 | ■ | ■ | | | | | | | | ■ |

**Total Amount Due USD** ■

Not subject to UK VAT - Article 44 of EC Directive 2006/112.

Please advise payment made against this invoice or any queries regarding it to:

GE SeaCo Services Ltd  
2nd Floor 21 St Thomas Street  
LONDON  
SE1 9RY  
UNITED KINGDOM

Please make payment to:

GE SeaCo Services Ltd



Certain of the containers, subject to these agreements, may be owned by third parties other than the named lessor.  
Registered Office:21,St. Thomas Street,LondonSE1 9RY,United Kingdom Internet: www.geseaco.com

Summary Invoice No. 8106807



# GE SeaCo Services Ltd.

WHILM MANAGEMENT LIMITED
TRIDENT CHAMBERS
PO BOX 146 ROAD TOWN
BRITISH VIRGIN ISLANDS

Date             : 31.08.2011
Customer         : 101242
Invoice No.      : 8106806
Customer Tax Reference:
Lessor Tax Reference : GB713981915

In accordance with the terms of our lease contracts we herewith invoice you as per the attachment.

| Summary Charges - Lease Number : 021196 |||||||||||||
| Type | Pick Up Acty | Drop Off Acty | Curr. On Hire | Days | Avg. Rate | Rental | Handl. Out | Handle. In | Pick Up | Drop Off | SCR | Other | Tax | Total |
| RW4EF | 0 | 0 | | | | | | | | | | | | |

**Total Amount Due USD** ▮

Not subject to UK VAT - Article 44 of EC Directive 2006/112.

Please advise payment made against this invoice or any queries regarding it to:

GE SeaCo Services Ltd
2nd Floor 21 St Thomas Street
LONDON
SE1 9RY
UNITED KINGDOM

Please make payment to:

GE SeaCo Services Ltd



Certain of the containers, subject to these agreements, may be owned by third parties other than the named lessor.
Registered Office:21,St. Thomas Street,LondonSE1 9RY,United Kingdom Internet: www.geseaco.com

Summary Invoice No. 8106806



## GE SeaCo Services Ltd.

WHILM MANAGEMENT LIMITED  
TRIDENT CHAMBERS  
PO BOX 146 ROAD TOWN  
BRITISH VIRGIN ISLANDS

Date : 31.08.2011  
Customer : 101242  
Invoice No. : 8106808  
Customer Tax Reference:  
Lessor Tax Reference : GB713981915

In accordance with the terms of our lease contracts we herewith invoice you as per the attachment.

### Summary Charges - Lease Number : 102461

| Type | Pick Up Acty | Drop Off Acty | Curr. On Hire | Days | Avg. Rate | Rental | Handl. Out | Handle. In | Pick Up | Drop Off | SCR | Other | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R2CK | 0 | 0 | | 248 | | | | | | | | | | |

**Total Amount Due USD**

Not subject to UK VAT - Article 44 of EC Directive 2006/112.

Please advise payment made against this invoice or any queries regarding it to:

GE SeaCo Services Ltd  
2nd Floor 21 St Thomas Street  
LONDON  
SE1 9RY  
UNITED KINGDOM

Please make payment to:

GE SeaCo Services Ltd



Certain of the containers, subject to these agreements, may be owned by third parties other than the named lessor.  
Registered Office:21,St. Thomas Street,LondonSE1 9RY,United Kingdom Internet: www.geseaco.com

Summary Invoice No. 8106808



**GE SeaCo Services Ltd.**

WHILM MANAGEMENT LIMITED  
TRIDENT CHAMBERS  
PO BOX 146 ROAD TOWN  
BRITISH VIRGIN ISLANDS

Date : 31.08.2011  
Customer : 101242  
Invoice No. : 8106809  
Customer Tax Reference:  
Lessor Tax Reference : GB713981915

In accordance with the terms of our lease contracts we herewith invoice you as per the attachment.

| Summary Charges - Lease Number : 103150 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | Pick Up Acty | Drop Off Acty | Curr. On Hire | Days | Avg. Rate | Rental | Handl. Out | Handle. In | Pick Up | Drop Off | SCR | Other | Tax | Total |
| RW4CK | 0 | 0 | | 3,100 | | | | | | | | | | |

**Total Amount Due**

Not subject to UK VAT - Article 44 of EC Directive 2006/112.

Please advise payment made against this invoice or any queries regarding it to:

Please make payment to:

GE SeaCo Services Ltd  
2nd Floor 21 St Thomas Street  
LONDON  
SE1 9RY  
UNITED KINGDOM

GE SeaCo Services Ltd



Certain of the containers, subject to these agreements, may be owned by third parties other than the named lessor.  
Registered Office:21,St. Thomas Street,LondonSE1 9RY,United Kingdom Internet: www.geseaco.com

Summary Invoice No. 8106809



## GE SeaCo Services Ltd.

WHILM MANAGEMENT LIMITED
TRIDENT CHAMBERS
PO BOX 146 ROAD TOWN
BRITISH VIRGIN ISLANDS

Date              : 31.08.2011
Customer          : 101242
Invoice No.       : 8106810
Customer Tax Reference:
Lessor Tax Reference : GB713981915

In accordance with the terms of our lease contracts we herewith invoice you as per the attachment.

### Summary Charges - Lease Number : 103900

| Type | Pick Up Acty | Drop Off Acty | Curr. On Hire | Days | Avg. Rate | Rental | Handl. Out | Handle. In | Pick Up | Drop Off | SCR | Other | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RW4C-PL | 0 | 0 | ■ | 4,495 | ■ | ■ | | | | | | | | ■ |

**Total Amount Due USD** ■

Not subject to UK VAT - Article 44 of EC Directive 2006/112.

Please advise payment made against this invoice or any queries regarding it to:

GE SeaCo Services Ltd
2nd Floor 21 St Thomas Street
LONDON
SE1 9RY
UNITED KINGDOM

Att: Sepulveda Pilly
Ph: + 442079395676
Email: pilly.sepulveda@geseaco.com

Please make payment to:

**GE SeaCo Services Ltd**



Certain of the containers, subject to these agreements, may be owned by third parties other than the named lessor.
Registered Office:21,St. Thomas Street,LondonSE1 9RY,United Kingdom Internet: www.geseaco.com



**GE SeaCo Services Ltd.**

WHILM MANAGEMENT LIMITED  
TRIDENT CHAMBERS  
PO BOX 146 ROAD TOWN  
BRITISH VIRGIN ISLANDS  

Date : 31.08.2011  
Customer : 101242  
Invoice No. : 8106811  
Customer Tax Reference:  
Lessor Tax Reference : GB713981915  

In accordance with the terms of our lease contracts we herewith invoice you as per the attachment.

| Summary Charges - Lease Number : 104420 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | Pick Up Acty | Drop Off Acty | Curr. On Hire | Days | Avg. Rate | Rental | Handl. Out | Handle. In | Pick Up | Drop Off | SCR | Other | Tax | Total |
| RW4CK | 0 | 0 |  | 1,519 | | | | | | | | | | |

**Total Amount Due USD**

Not subject to UK VAT - Article 44 of EC Directive 2006/112.

Please advise payment made against this invoice or any queries regarding it to:

GE SeaCo Services Ltd  
2nd Floor 21 St Thomas Street  
LONDON  
SE1 9RY  
UNITED KINGDOM  

Please make payment to:

GE SeaCo Services Ltd



Certain of the containers, subject to these agreements, may be owned by third parties other than the named lessor.  
Registered Office:21,St. Thomas Street,LondonSE1 9RY,United Kingdom Internet: www.geseaco.com

Summary Invoice No. 8106811                                                                 Page 1 of 3



**GE SeaCo Services Ltd.**

WHILM MANAGEMENT LIMITED
TRIDENT CHAMBERS
PO BOX 146 ROAD TOWN
BRITISH VIRGIN ISLANDS

Date : 31.08.2011
Customer : 101242
Invoice No. : 8106812
Customer Tax Reference:
Lessor Tax Reference : GB713981915

In accordance with the terms of our lease contracts we herewith invoice you as per the attachment.

| Summary Charges - Lease Number : 104596 |||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | Pick Up Acty | Drop Off Acty | Curr. On Hire | Days | Avg. Rate | Rental | Handl. Out | Handle. In | Pick Up | Drop Off | SCR | Other | Tax | Total |
| RW4C-PL | 0 | 0 | | 1,550 | | | | | | | | | |

**Total Amount Due USD** ▮

Not subject to UK VAT - Article 44 of EC Directive 2006/112.

Please advise payment made against this invoice or any queries regarding it to:

GE SeaCo Services Ltd
2nd Floor 21 St Thomas Street
LONDON
SE1 9RY
UNITED KINGDOM

Please make payment to:

GE SeaCo Services Ltd



Certain of the containers, subject to these agreements, may be owned by third parties other than the named lessor.
Registered Office:21,St. Thomas Street,LondonSE1 9RY,United Kingdom Internet: www.geseaco.com

Summary Invoice No. 8106812



# GE SeaCo Services Ltd.

WHILM MANAGEMENT LIMITED  
TRIDENT CHAMBERS  
PO BOX 146 ROAD TOWN  
BRITISH VIRGIN ISLANDS

Date : 31.08.2011  
Customer : 101242  
Invoice No. : 8106813  
Customer Tax Reference:  
Lessor Tax Reference : GB713981915

**In accordance with the terms of our lease contracts we herewith invoice you as per the attachment.**

## Summary Charges - Lease Number : 106083

| Type | Pick Up Acty | Drop Off Acty | Curr. On Hire | Days | Avg. Rate | Rental | Handl. Out | Handle. In | Pick Up | Drop Off | SCR | Other | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RW4CJ | 0 | 0 | | 1,054 | | | | | | | | | | |
| RW4CH | 0 | 0 | | 4,650 | | | | | | | | | | |

**Total Amount Due USD** ▮

Not subject to UK VAT - Article 44 of EC Directive 2006/112.

Please advise payment made against this invoice or any queries regarding it to:

GE SeaCo Services Ltd  
2nd Floor 21 St Thomas Street  
LONDON  
SE1 9RY  
UNITED KINGDOM

Please make payment to:

GE SeaCo Services Ltd



Certain of the containers, subject to these agreements, may be owned by third parties other than the named lessor.  
Registered Office:21,St. Thomas Street,LondonSE1 9RY,United Kingdom Internet: www.geseaco.com

Summary Invoice No. 8106813



**GE SeaCo Services Ltd.**

WHILM MANAGEMENT LIMITED  
TRIDENT CHAMBERS  
PO BOX 146 ROAD TOWN  
BRITISH VIRGIN ISLANDS

| | |
|---|---|
| Date | : 31.08.2011 |
| Customer | : 101242 |
| Invoice No. | : 8106814 |
| Customer Tax Reference: | |
| Lessor Tax Reference | : GB713981915 |

In accordance with the terms of our lease contracts we herewith invoice you as per the attachment.

| Summary Charges - Lease Number : 106410 ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | Pick Up Acty | Drop Off Acty | Curr. On Hire | Days | Avg. Rate | Rental | Handl. Out | Handle. In | Pick Up | Drop Off | SCR | Other | Tax | Total |
| RW4CK | 0 | 0 |  | 1,550 | | | | | | | | | | |

**Total Amount Due USD**

Not subject to UK VAT - Article 44 of EC Directive 2006/112.

Please advise payment made against this invoice or any queries regarding it to:

GE SeaCo Services Ltd  
2nd Floor 21 St Thomas Street  
LONDON  
SE1 9RY  
UNITED KINGDOM

Please make payment to:

GE SeaCo Services Ltd



Certain of the containers, subject to these agreements, may be owned by third parties other than the named lessor.  
Registered Office:21,St. Thomas Street,LondonSE1 9RY,United Kingdom Internet: www.geseaco.com

Summary Invoice No. 8106814



## GE SeaCo Services Ltd.

WHILM MANAGEMENT LIMITED
TRIDENT CHAMBERS
PO BOX 146 ROAD TOWN
BRITISH VIRGIN ISLANDS

Date : 31.08.2011
Customer : 101242
Invoice No. : 8106815
Customer Tax Reference:
Lessor Tax Reference : GB713981915

**In accordance with the terms of our lease contracts we herewith invoice you as per the attachment.**

| Summary Charges - Lease Number : 106166 ||||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | Pick Up Acty | Drop Off Acty | Curr. On Hire | Days | Avg. Rate | Rental | Handl. Out | Handle. In | Pick Up | Drop Off | SCR | Other | Tax | Total |
| RW4C-PL | 0 | 0 | | 9,269 | | | | | | | | | | |

**Total Amount Due USD**

Not subject to UK VAT - Article 44 of EC Directive 2006/112.

Please advise payment made against this invoice or any queries regarding it to:

GE SeaCo Services Ltd
2nd Floor 21 St Thomas Street
LONDON
SE1 9RY
UNITED KINGDOM

Att: Sepulveda Pilly
Ph: + 442079395676
Email: pilly.sepulveda@geseaco.com

Please make payment to:

GE SeaCo Services Ltd



Certain of the containers, subject to these agreements, may be owned by third parties other than the named lessor.
Registered Office:21,St. Thomas Street,LondonSE1 9RY,United Kingdom Internet: www.geseaco.com

Summary Invoice No. 8106815