UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STAR REEFERS POOL INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 1:11-cv-10136 (GAO) |
| A Cargo of NINETY-SIX (96) REFFER CONTAINERS, their equipment, appurtenances, etc., *in rem*, and KALISTAD LIMITED, JFC GROUP CO., LTD., WHILM MANAGEMENT LIMITED and BONANZA FRUIT CO., S.A. CORPBONANZA, *in personam*, | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.5.2, the undersigned attorney for plaintiff STAR Reefers Pool Inc. has changed his address to the following:

Clyde & Co US LLP
405 Lexington Ave., 16th Floor
New York, NY 10174
Direct: 212-710-3968
Fax: 212-710-3950
Email: casey.burlage@clydeco.us

I will continue to be counsel of record on the captioned case at my new law firm.

Dated:  New York, New York
        January 4, 2012

1

**CLYDE & CO US LLP**
Attorneys for Plaintiff
STAR REEFERS POOL INC.


By:   /s/ Casey D. Burlage
          Casey D. Burlage
          405 Lexington Ave., 16th Floor
          New York, New York 10174
          (212) 710-3968
          casey.burlage@clydeco.us

## **CERTIFICATE OF SERVICE**

I, Casey D. Burlage, hereby certify that the attached document, filed through the ECF system, will be sent electronically to all registered participants as identified on the Notice of Electric Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on January 4, 2012.

                                                /s/ Casey D. Burlage