UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STAR REEFERS POOL INC., <br><br> Plaintiff, <br><br> v. <br><br> A Cargo of NINETY-SIX (96) REEFER CONTAINERS, their equipment, Appurtenances, et., *in rem* and KALISTAD LIMITED, JFC GROUP CO., LTD., WHILM MANAGEMENT LIMITED and BONANZA FRUIT CO. S.A. CORPBONANZA, *in personam* <br><br> Defendants. | Civil Action No. 1:11-cv-10136 (GAO) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.5.2, the undersigned attorney for Defendant WHILM MANAGEMENT LIMITED has changed his address to the following:

> Chalos & Co, P.C.
> 55 Hamilton Avenue
> Oyster Bay, New York 11771
> Telephone: (516) 714-4300
> Fax: (516) 750-9051
> Email: gmc@chaloslaw.com

I will continue to be counsel of record on the captioned case.

Dated: Oyster Bay, New York
January 9, 2012

CHALOS & CO, P.C.
Attorney for Defendant
WHILE MANAGEMENT LIMITED

By: _____
George M. Chalos
55 Hamilton Avenue
Oyster Bay, New York 11771
Tel: (516) 714-4300
Fax: (516) 750-9051
Email: gmc@chaloslaw.com

## **CERTIFICATE OF SERVICE**

      I, Samuel P. Blatchley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 9, 2012.

                                                          /s/ Samuel P. Blatchley

Chalos & Co ref: 2104.008